UNTIED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

C.A. NO.: 3:22-CV-04524-CMC

| | |
|---|---|
| Mark Fultz, | ) |
| Plaintiff, | ) |
| vs. | ) **STIPULATION OF DISMISSAL** |
| Two Notch Hospitality, LLC, | ) **WITH PREJUDICE** |
| Defendant. | ) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Mark Fultz, through his counsel, and Defendant, Two Notch Hospitality, LLC, though its counsel, hereby stipulate to the dismissal of this action with prejudice, including all of the claims and causes of action. Each party shall bear his/its own costs.

WE CONSENT:

s/Anthony J. Brady
Anthony J. Brady, Jr., Fed. ID No. 7264
Law Offices of Anthony J. Brady, Jr.
1670-9 Springdale Drive
PMB 159
Camden, SC 29020
(561) 603-6387
ladbrady@gmail.com
**ATTORNEYS FOR PLAINTIFF**

July 11, 2023

WE CONSENT:

s/Hannah D. Stetson
Hannah D. Stetson, Fed. ID 12036
Reginald W. Belcher, Fed. ID 6940
Turner Padget Graham & Laney P.A.
P.O. Box 1473
Columbia, SC 29202
(803) 254-2200
hstetson@turnerpadget.com
rbelcher@turnerpadget.com
**ATTORNEYS FOR DEFENDANT**

July 11, 2023